UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAMEY S. BUTLER                                              CIVIL ACTION

VERSUS                                                       NO: 11-643

TRANSOCEAN OFFSHORE                                          SECTION: "A"
DEEPWATER DRILLING, INC., et al

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 10th day of February 2012.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE